IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CORY BROWN,

    Plaintiff,

    v.

FEDERAL NATIONAL MORTGAGE
ASSOCIATION, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:10-CV-3289-TWT

ORDER

This is a pro se civil action arising out of a foreclosure proceeding. It is before the Court on the Report and Recommendation [Doc. 12] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss [Doc. 10]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 10] is GRANTED. This action is DISMISSED without prejudice. The Defendants' first Motion to Dismiss [Doc. 5] is DENIED as moot.

T:\ORDERS\10\Brown\10cv3289\r&r2.wpd

SO ORDERED, this 24 day of March, 2011.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge